UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

MAYERLY BAQUERIZO, :

Defendant. :

-------------------------------------------------------------x

**SCHEDULING ORDER**

7:26-cr-471 (PMH)

The Sentencing Hearing scheduled for February 2, 2027 is adjourned to April 27, 2027 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. Defendant's sentencing submission is due by April 5, 2027 and the Government's response is due by April 12, 2027.

**SO ORDERED:**

Dated: White Plains, New York
November 19, 2026

Philip M. Halpern
United States District Judge